# MEMORANDUM DECISIONS.

L. J. Campbell and N. B. Wheeler, Plaintiffs in Error, v. Fannie L. Taylor, Defendant in Error.

(Supreme Court of Florida, Division B, April 12, 1905.)

Writ of Error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*M. C. Jordan,* for Plaintiffs in Error.

*John L. Doggett,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.

---

John C. L'Engle, Appellant, v. Mary A. DeCottes, Appellee.

(Supreme Court of Florida, *En Banc.,* April 18, 1905.)

Appeal from Circuit Court, Duval County; Rhydon M. Call, Judge.

*E. J. L'Engle,* for Appellant.

*Jno. L. Doggett,* for Appellee.

The bill in this cause was filed by the appellee against the appellant.  There was interlocutory order in favor of the complainant and the defendant appeals.  The order is affirmed.

Decision Per Curiam.

John C. L'Engle as Surviving Partner &c., Appellant, v. Mary A. DeCottes, Appellee.

(Supreme Court of Florida, *En Banc.*, April 18, 1905.)

Appeal from Circuit Court, Duval County; Rhydon M. Call, Judge.

*E. J. L'Engle,* for Appellant.

*Jno. L. Doggett,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was interlocutory order in favor of the complainant, and the defendant appeals  The order is affirmed.

Decision Per Curiam.

The State of Florida ex rel. Stone Brothers, Relators, v. Charles B. Parkhill, Judge of the First Judicial Circuit, Respondent.

(Supreme Court of Florida, April 18, 1905.)

26 S C